**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SANDRA CAMPBELL, MS. GRANDMOTHER AND LEGAL GUARDIAN, INDIVIDUALLY AND ON BEHALF OF SOUTHLAKE ELEMENTARY SCHOOL STUDENT D.C., A MINOR, TERESA JOHNSON, MS. MOTHER AND GUARDIAN, INDIVIDUALLY AND ON BEHALF OF SOUTHLAKE ELEMENTARY SCHOOL STUDENT, T.R., A MINOR**

          **Plaintiffs,**

**-vs-**                                                                                            **Case No. 6:13-cv-470-Orl-28DAB**

**BREVARD COUNTY SCHOOL BOARD, BARBARA MURRAY, BRIAN T. BINGGELI,**

          **Defendants.**
_____

# ORDER

This cause is before the Court following a telephone conference. At the telephone conference, counsel for Plaintiff advised that Plaintiff has voluntarily dismissed the sole federal claim in this case—the only claim over which this Court has original jurisdiction. (See Notice, Doc. 8). Defendants stated that in light of that dismissal, they do not object to remand of this case to the state court from which it was removed.

Accordingly, it is **ORDERED** and **ADJUDGED** that this case is hereby **REMANDED** to the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, Case

No. 05-2013-CA-24530.  The Clerk shall close this file.

    **DONE** and **ORDERED** in Orlando, Florida this 27th day of March, 2013.

                              JOHN ANTOON II
                              United States District Judge

Copies furnished to:
Counsel of Record
Clerk of the Circuit Court, Eighteenth Judicial Circuit in and for Brevard County, Florida